```
                          FILED
                    US DISTRICT COURT
                    DISTRICT OF NEBRASKA

                        JAN 17 2008

IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF NEBRASKA        OFFICE OF THE CLERK
```

| | | |
|---|---|---|
| JEFFREY L. ANSON, | ) | Case No. 8:07cv0322 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JOINT STIPULATION |
| | ) | AND PROTECTIVE ORDER |
| H.E.L.P. FOUNDATION OF | ) | |
| OMAHA, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED and agreed among the undersigned attorneys as follows:

1.  The Plaintiff has issued a subpoena to the Nebraska Workforce Development, Department of Labor, for certain records of the Department maintained with regard to the Rani Sati Corporation.

2.  The Department has objected to production of the records without a Court order pursuant to Neb. Rev. Stat. §48-612 and §48-612.01.

3.  The parties agree that, subject to approval of this Stipulation by the Court, such records shall be produced by the Department to counsel for the Plaintiff and the Defendant in this action, and shall be held in strict confidence by counsel for the parties. The Department shall redact the social security numbers of any individuals other than Jeffrey L. Anson. The records shall be shown only to the parties, personnel in the parties' counsel's office assisting in the preparation of this case for trial, and to any experts engaged by or on behalf of the parties. Such documents shall be used solely for purposes of this action, and all copies shall be returned to counsel for

the Department, or destroyed, at the conclusion of this litigation.

                          JEFFREY L. ANSON, Plaintiff

                          By:  /s/ Thomas F. Hoarty, Jr.
                              Thomas F. Hoarty, Jr.  #16807
                              BYAM & HOARTY
                              117 American National Bldg.
                              8990 West Dodge Road
                              Omaha, NE 68114
                              (402) 397-0303
                              Attorneys for Plaintiff

                          AND

                        H.D.L.F. FOUNDATION OF OMAHA, INC., Defendant

                        By: _____
                          McGRATH NORTH LAW FIRM
                          1601 Dodge Street
                          Suite 1700
                          Omaha, NE 68102
                          (402) 341-3070
                          Attorneys for Defendant

APPROVED:

Nebraska Workforce Development, Department of Labor

By: _____
John H. Albin
P.O. Box 94600
Lincoln, NE 68509-4600

IT IS SO ORDERED:

__1/17/08__
Date

_____
United States Magistrate Judge

2