# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JEFFREY L. ANSON,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV322 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **H.E.L.P. FOUNDATION OF OMAHA, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court after a settlement conference held on August 27, 2008. The parties reached a settlement agreement during the conference. Accordingly,

**IT IS ORDERED:**

1. **On or before September 10, 2008**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(B) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The pretrial conference and trial previously scheduled are cancelled.

DATED this 27th day of August, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge