IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY L. ANSON, | ) | CASE NO. 8:07-CV-00322 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| H.E.L.P. FOUNDATION OF OMAHA, INC. | ) | |
| and RANI SATI CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on the parties' Stipulation for Dismissal With Prejudice. The Court, being fully advised of the premises, finds that the stipulation should be, and the same hereby is, sustained.

THEREFORE, IT IS ORDERED that the above-captioned matter is hereby dismissed with prejudice, each party to bear their/its own costs.

Dated this 17th day of September, 2008.

BY THE COURT,

**s/ Joseph F. Bataillon**
Chief District Judge